IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| CORINTH PIPEWORKS PIPE INDUSTRY SA, CPW AMERICA CO., | ) ) ) ) | |
| Plaintiffs-Appellants, | ) ) ) | |
| | ) | 2023-2094 |
| v. | ) ) | |
| UNITED STATES, THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE, | ) ) ) ) ) ) | |
| Defendants-Appellees. | ) | |

**NOTICE OF CORRECTION TO BRIEF OF**
**<u>DEFENDANT-APPELLEE THE UNITED STATES</u>**

Pursuant to Rule 32 of the Rules of this Court (practice notes), Defendant-Appellee, the United States, respectfully submits this Notice of Correction relating to "BRIEF OF DEFENDANT-APPELLEE THE UNITED STATES," which corrects the following error in the original brief:

1. On page 9, "Appx00211-03484" now says "Appx03376-03484."

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

OF COUNSEL:
CHRISTOPHER KIMURA
Office of the Chief Counsel for
Trade Enforcement & Compliance
Department of Commerce

/s/ Eric J. Singley
ERIC J. SINGLEY
Trial Attorney
U.S. Department of Justice
Civil Division
PO Box 480
Ben Franklin Station
Washington D.C. 20044
Email: eric.j.singley@usdoj.gov

*Attorneys for Defendant-Appellee
United States*

January 19, 2024