# United States Court of Appeals for the Federal Circuit

---

**CORINTH PIPEWORKS PIPE INDUSTRY SA, CPW AMERICA CO.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE,**

*Defendants-Appellees*

---

2023-2094

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00063-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered September 8, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 30, 2025
Date

Jarrett B. Perlow
Clerk of Court